PHILLIP A. TALBERT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case Nos. 2:07-cr-00324-JAM |
| --- | --- |
| Plaintiff, | 2:16-cr-00182-JAM (related) |
| v. | STIPULATION AND ORDER TO ADVANCE EVIDENTIARY HEARING |
| PHILLIP DAVIS, JR., | Date: July 25, 2017 |
| Defendant. | Time: 9:15 a.m. |
| | Judge: Hon. John A. Mendez |

This case is before the Court on two separate petitions to revoke Defendant Phillip Davis, Jr.'s supervised release. (ECF Nos. 17, 24.) Davis has *admitted* the charges in the first petition, and all that remains with respect to that petition is setting the matter for a dispositional hearing. (*See* ECF No. 22.) Davis has *denied* the charges in the second petition, and this separate matter is now set for an evidentiary hearing on July 25, 2017, at 9:15 a.m. (ECF No. 26.)

The United States, through its undersigned counsel, and Mr. Davis, through his counsel, agree and stipulate that the evidentiary hearing be advanced by two weeks to July 11, 2017, at 9:15 a.m. The parties have confirmed that this date and time are available with the Court.

In recent days, counsel for the United States has learned that one of the witnesses needed at the evidentiary hearing will be unavailable on July 25. To balance the government's need for this material witness with Davis's right to confront and cross-examine him, *see United States v. Comito*, 117 F.3d 1166, 1170 (9th Cir. 1999), the parties agree that this matter should be advanced by two weeks.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
EVIDENTIARY HEARING

1

Accordingly, the parties request that the evidentiary hearing currently set for July 25, 2017, be rescheduled for July 11, 2017, at 9:15 a.m.

Respectfully submitted,

Dated: June 29, 2017
    **/s/ Timothy H. Delgado**
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States of America

Dated: June 29, 2017
    **/s/ THD for M. Jason Lawley**
M. JASON LAWLEY
Attorney for Defendant Phillip Davis, Jr.

## **ORDER**

**IT IS SO ORDERED.**

Dated: 6/29/2017
    /s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge